```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS FLORES-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS FLORES-GARCIA,<br><br>　　　　　Defendant. | NO. CR-S-10-174 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:　October 7, 2011<br>Time:　10:00 a.m.<br>Judge:　Edward J. Garcia |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for Defendant, CARLOS FLORES-GARCIA, that the status conference hearing date of Friday, August 26, 2011, be vacated and a new status conference hearing date of Friday, October 7, 2011, at 10:00 a.m., be set.

　　　　The reason for this continuance is because additional time is needed to investigate defendant's criminal history.  The pre-plea investigation report has been received from probation and both parties agree that there may be corrections to be made.

　　　　It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 7, 2011, pursuant to 18 U.S.C.

///

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: August 24, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
CARLOS FLORES-GARCIA

Dated: August 24, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Lexi Negin for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on August 25, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, August 26, 2011, be vacated and that the case be set for **Friday, October 7, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 7, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: August 24, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge